IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWANYE TERRELL WILLIAMS,           )<br>                                                          )<br>                     Plaintiff,           )<br>                                                          )<br>     vs.                                              )<br>                                                          )<br>P. D. BRAZELTON,                         )<br>                                                          )<br>                     Defendant.        )<br>_____) | No. C 12-3022 LHK (PR)<br><br>ORDER OF TRANSFER |

    Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983 against a prison official at Pleasant Valley State Prison (PVSP) in Coalinga. The acts complained of occurred at PVSP, and Defendant is located in Coalinga, which lies in Fresno County.

    Therefore, venue properly lies in the Eastern District. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

    IT IS SO ORDERED.

DATED: 7/27/12

                                                 LUCY H. KOH<br>
                                                 United States District Judge

Order of Transfer
G:\PRO-SE\SJ.LHK\CR.12\Williams022trans.wpd